# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| ROCIO HOCKERSMITH ) | |
| ) | **CASE NO. 16-33622** |
| ) | |
| **DEBTOR** ) | |

## ORDER

This matter came before the Court on the Motion for Relief from Stay filed by Stonegate Mortgage Corporation on May 30, 2017; the Court having considered the arguments of counsel for the respective parties, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor shall resume her regular monthly mortgage payments in August, 2017;

2. The Debtor shall cure the post-petition arrearage by making a lump sum payment to Stonegate Mortgage Corporation on or before September 15, 2017, equal to the entire net amount of the bonus check which she anticipates receiving from her employer in August, 2017. The funds shall be tendered to Debtor's counsel, who shall disburse same through his escrow account.

3. The remaining balance of the post-petition arrearage shall be added to the creditor's pre-petition Proof of Claim. The Debtor will modify her Chapter 13 Plan to allow for any additional amounts owed to Stonegate Mortgage Company, if necessary.

4. Should the Debtor fail to make the lump sum payment referred to above, the automatic stay shall terminate upon the filing by the creditor of a Notice of Default.

5. Should the Debtor fail to make any future monthly mortgage payment on time, and fail to cure said default within 10 days of being given notice of such default, then the stay shall also terminate upon the filing of a Notice of Default.

Tendered by:

Richard A. Schwartz
Attorney for the Debtor
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: August 3, 2017